UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY M. IULIANO, MICHAEL
D. KING, CATHY BLOOMBERG
SMILOVITS, individually and on behalf
of others similarly situated,

    Plaintiffs,

vs.                                    CASE No. 8:04CV2653-T26EAJ
                                          COLLECTIVE ACTION

GLOBAL EXECUTIVE MORTGAGE, INC.,
GLOBAL EXECUTIVE MORTGAGE, L.L..,
KEVIN C. PARKS, JACQUELINE PARKS,
CHRISTINE NEAL and PETER TIBALDI,

    Defendants.
_____/

## ORDER ON PARTIAL SETTLEMENT AGREEMENT

This Matter is before the Court pursuant to a joint motion filed by Plaintiffs and Defendants Global Executive Mortgage, L.L.C., Kevin Parks, Jacqueline Parks and Christine Neal (hereinafter, "Parks' Defendants") for Court approval of their partial settlement agreement. The Plaintiffs and Parks' Defendants have entered into a settlement agreement disposing of the Fair Labor Standards Act claims brought by the Plaintiffs as against these Defendants. The Court, having reviewed the executed settlement agreement, hereby finds that the agreement represents a reasonable compromise of the Plaintiffs' claims against the Parks' Defendants pursuant to the Fair Labor Standards Act and otherwise satisfies the essential requirements of the law.

**ACCORDINGLY, it is ORDERED AND ADJUDGED as follows:**

The claims of the Plaintiffs and Opt-in Plaintiffs against Defendants Global Executive Mortgage L.L.C., Kevin Parks, Jacqueline Parks and Christine Neal, are

EXHIBIT 2

hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs, except as set forth in the parties' settlement agreement. The Court shall reserve jurisdiction to enforce the terms of the parties' settlement agreement.

**DONE AND ORDERED** this ___ day of _____, 2005 in chambers in Tampa, Florida.

RICHARD A. LAZARRA
UNITED STATES DISTRICT JUDGE